UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE DAVID SMITH,<br><br>   Plaintiff,<br><br>   v.<br><br>CARRIE LYNN VENCIL, et al.,<br><br>   Defendants. | Case No. 23-cv-06548-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On December 20, 2023, Plaintiff Jude David Smith filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Rita F. Lin to determine whether it is related to *Smith v. Vencil*, 23-cv-05530 RFL.

**IT IS SO ORDERED.**

Dated: December 27, 2023

_____

DONNA M. RYU
Chief Magistrate Judge