UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDE SMITH,

          Plaintiff,

    v.

CARRIE VENCIL, et al,

         Defendants.

Case No. 24-cv-07988-DMR

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

    Pro se Plaintiff Jude Smith filed this action on November 18, 2024. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Rita F. Lin to determine whether it is related to *Smith v. Vencil et al*, 23-cv-5530 RFL.

**IT IS SO ORDERED.**

Dated: November 19, 2024

DONNA M. RYU
Chief Magistrate Judge